In re    **Eileen C Giuliani**                                    ,                Case No.    **09-23964**
                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2 bedroom single family condominium**<br>**25 Barker Street #409**<br>**Mt. Kisco, NY 10549** | **Fee simple** | - | **365,000.00** | **324,914.99** |
| **Paid Appraisal dated July 7, 2009** | | | | |

|  | Sub-Total > | **365,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **365,000.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

.

In re   **Eileen C Giuliani**                                                                        ,   Case No.   **09-23964**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank**<br>**Checking Acct# 7928975197** | - | 1,800.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **APPLIANCES: stove, refrigerator, dishwasher, dryer, vacuum, washer $225**<br>**SMALL APPLIANCES: toaster oven, blender, iron, toaster, mixer, fan $60**<br>**ELECTRONICS: TV, VCR, computer, phone, alarm clock, clock, radio, laptop, printer, fax machine, cell phone $ 556**<br>**KITCHEN: table, chairs (4) $130**<br>**KITCHENWARE: dishes, flatware, pots/pans, knives, classware/cups, cookingware, utensils $299**<br>**DINING ROOM: china cabinet $40**<br>**LIVING ROOM: desk, card table, sofa, chair, end table, bookcase $415**<br>**BEDROOM 1: box spring, futon, chest of drawers, hope chest, bed frame, mattress $560**<br>**MISC: lamps, mirrors, blinds, bath mats, laundry basket, broom/mop, luggage, vases, pictures, rugs, ironing boards, bucket $565**<br>**LINENS: Bed spread, blankets, sheets, pillowcases, wash cloths, comforters, pillows, towels, placemats $56**<br>**HOME OFFICE: file cabinet, chair $45**<br>**LAWN & GARDEN: hand tools, plants $10** | - | 2,961.00 |

                                                                                  Sub-Total >    **4,761.00**
                                                                      (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re **Eileen C Giuliani**, Case No. **09-23964**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **video tapes, CD's, stemware, holiday ornaments, prints, artwork, silverware, curios** | - | 444.00 |
| 6. | Wearing apparel. | | **coats, clothing, shoes, misc, purses** | - | 433.00 |
| 7. | Furs and jewelry. | | **ring (2), necklace(8), bracelet(3), earrings(11), watch** | - | 425.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **board games, digital camera** | - | 40.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. | Annuities. Itemize and name each issuer. | | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Stepping Stone Foundation 401B AIG Retirement 2929 Allen Parkway Houston, TX 77019**<br><br>**Payable upon retirement** | - | 35,246.00 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. | Accounts receivable. | | | | |

Sub-Total > **36,588.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Eileen C Giuliani**, Case No. **09-23964**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Eileen C Giuliani**, Case No. **09-23964**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

Sub-Total > **0.00**
(Total of this page)
Total > **41,349.00**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Eileen C Giuliani**, Case No. **09-23964**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> 2 bedroom single family condominium <br> 25 Barker Street #409 <br> Mt. Kisco, NY 10549 <br><br> Paid Appraisal dated July 7, 2009 | NYCPLR § 5206(a) | 20,200.00 | 365,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> TD Bank <br> Checking Acct# 7928975197 | Debtor & Creditor Law § 283(2) | 1,800.00 | 1,800.00 |
| **Household Goods and Furnishings** <br> APPLIANCES: stove, refrigerator, dishwasher, dryer, vacuum, washer $225 <br> SMALL APPLIANCES: toaster oven, blender, iron, toaster, mixer, fan $60 <br> ELECTRONICS: TV, VCR, computer, phone, alarm clock, clock, radio, laptop,printer, fax machine, cell phone $ 556 <br> KITCHEN: table, chairs (4) $130 <br> KITCHENWARE: dishes, flatware, pots/pans, knives, classware/cups, cookingware, utensils $299 <br> DINING ROOM: china cabinet $40 <br> LIVING ROOM: desk, card table, sofa, chair, end table, bookcase $415 <br> BEDROOM 1: box spring, futon, chest of drawers, hope chest, bed frame, mattress $560 <br> MISC: lamps, mirrors, blinds, bath mats, laundry basket, broom/mop,luggage, vases, pictures, rugs, ironing boards, bucket $565 <br> LINENS: Bed spread, blankets, sheets, pillowcases, wash cloths, comforters, pillows, towels, placemats $56 <br> HOME OFFICE: file cabinet, chair $45 <br> LAWN & GARDEN: hand tools, plants $10 | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | 2,961.00 | 2,961.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> video tapes, CD's, stemware, holiday ornaments, prints, artwork, silverware, curios | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | 444.00 | 444.00 |
| **Wearing Apparel** <br> coats, clothing, shoes, misc, purses | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | 433.00 | 433.00 |
| **Furs and Jewelry** <br> ring (2), necklace(8), bracelet(3), earrings(11), watch | NYCPLR § 5205(a)(6) | 425.00 | 425.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> board games, digital camera | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | 40.00 | 40.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Eileen C Giuliani**, Case No. **09-23964**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Stepping Stone Foundation 401B AIG Retirement 2929 Allen Parkway Houston, TX 77019** | **Debtor & Creditor Law § 282(2)(e)** | **35,246.00** | **35,246.00** |
| **Payable upon retirement** | | | |
| | Total: | **61,549.00** | **406,349.00** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt